# PROOF OF SERVICE

I certify that on __7/7/05__ (date) I mailed a copy of this brief and all attachments via first class mail to the following parties at the addresses listed below:

Clerk's Office
U.S. District Court
District of Puerto Rico
Room 150 Federal Building
San Juan, PR  00918-1767
(Original and Two Copies of Section §2255 Motion)

# PROOF OF SERVICE FOR INSTITUTIONALIZED OR INCARCERATED LITIGANTS

In addition to the above proof of service all litigants who are currently institutionalized or incarcerated should include the following statement on all documents to be filed with this Court:

I certify that this document was given to prison officials on __7/7/05__ (date) for forwarding to the ~~Court of Appeals~~. I certify under penalty of perjury that the foregoing is true and correct. 28 U.S.C. §1746.

_Jose Reyes Reyes_
Signature
Jose Reyes-Reyes - Pro Se
Reg. No. 21274-069
LSCI Allenwood
P.O. Box 1000
White Deer, PA  17887-1000

Dated: __7/7/05__

J:\FORMS\BRFS-APP\Informal Brief Questionnaire.wpd

REV. 02/95                                    3