**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| JOSE REYES REYES<br><br>    Petitioner<br><br>        v.<br><br>UNITED STATES OF AMERICA<br><br>    Respondent. | Civ. No. 05-1841(PG)<br><br>(Re: Crim. No.99-330(PG) |

**JUDGMENT**

On this same date this Court **APPROVED and ADOPTED** Magistrate Judge Camille Velez-Rive's Report and Recommendation (Docket No. 7), and **DENIED** petitioner's Section 2255 motion.

WHEREFORE it is ORDERED AND ADJUDGED that this case be **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**.

In San Juan, Puerto Rico, March 1, 2006.

                                        S/JUAN M. PEREZ-GIMENEZ
                                        U.S. District Judge